UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TOLL NORTHEAST BUILDING, INC.,

                         Plaintiff,           **ORDER**

          -against-                 26 Civ. 2591 (JGLC) (AEK)

PAUL CAMARDA, HUDSON VALLEY
REALTY CORP., and PAR FOUR REALTY
COMPANY, LLC,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court has received and reviewed the parties' proposed discovery plan. ECF No. 34. In Section V of that filing, the parties briefly noted their respective positions as to whether discovery should proceed at all while Defendants' motion to dismiss is pending. Plaintiff is correct that the filing of a motion to dismiss does not automatically stay discovery. *See De Melo v. Azim Luxury Travels, Inc.*, No. 25-cv-8125 (JGLC), 2026 WL 84501, at *1 (S.D.N.Y. Jan. 12, 2026) ("Although the Court declines to weigh in on the merits of [the defendant's] motion to dismiss at this time, it is well-settled that a motion to dismiss does not automatically stay discovery."). Of course, discovery may be stayed while motions to dismiss are pending if the party requesting a stay can "establish good cause for the stay." *Moore v. Johnson & Johnson*, No. 24-cv-6405 (DEH), 2025 WL 1569669, at *1 (S.D.N.Y. June 3, 2025) (quotation marks omitted). "In evaluating good cause, courts will consider: (1) the breadth of discovery sought (and the burden of responding to it), (2) the strength of the underlying motion, and (3) the risk of prejudice to the party opposing the stay." *Id.* (quotation marks omitted).

Accordingly, if Defendants seek to stay discovery, they must submit a letter motion of no more than four single-spaced pages by **July 1, 2026**, setting forth the basis for the stay request. If such an application is filed, Plaintiff must submit a response (also no longer than four single-spaced pages) by **July 10, 2026**.  An in-person conference is hereby scheduled for **Tuesday, July 28, 2026 at 1:00 p.m.** in Courtroom 250 at the White Plains federal courthouse.

Dated:  June 24, 2026
         White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge